AO 91 (Rev. 11/11) Criminal Complaint

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JUN 28 2021

JAMIE GIANI, Clerk

By _____
Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas
Fort Smith Division

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 2:21-mj-2007-001 |
| David Daniel Dieringer III | ) | |
| | ) | |
| _____ | ) | |
| Defendant | ) | |

## CRIMINAL COMPLAINT

I, the Complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about June 25, 2021 in the county of Sebastian, in the Western District of Arkansas, the Defendant, DAVID DANIEL DIERINGER III, violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 844(e) | Mailing a Threatening Communication Using the U.S. Mail |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.
　See Affidavit of USPI David L. Barrett.

_____
Complainant's Signature

David L. Barrett, U.S. Postal Inspector
Printed name and title

Sworn to before me and signed in my presence.

Date: 6/28/21

_____
Judge's signature

City and State: Fort Smith, Arkansas

Mark E. Ford, United States Magistrate Judge
Printed name and title

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, David L. Barrett, being duly sworn, depose and state as follows:

1. Affiant is a Federal Agent employed with the United States Postal Inspection Service, currently assigned to the Eastern and Western Districts of Arkansas, with over twenty-five years of law enforcement experience, duly appointed according to law and acting as such.

2. Affiant makes this Affidavit in support of a criminal complaint against DAVID DANIEL DIERINGER III. Affiant has probable cause to believe that DAVID DANIEL DIERINGER III has violated Title 18, United States Code, Section 844(e), Mailing a Threat, by knowingly using the U.S. Mail to willfully make any threat, or maliciously convey false information knowing the same to be false, concerning an attempt or alleged attempt being made, to kill, injure, or intimidate any individual or unlawfully to damage or destroy any building, vehicle, or other real property by means of fire or explosive.

3. This Affidavit is limited in scope to the information relevant to the charges contained in the Criminal Complaint and is not an exhaustive account of all information pertaining to DAVID DANIEL DIERINGER III, or to this investigation.

4. The grounds for issuance of the Criminal Complaint are derived from the Affiant's review of the physical evidence, discussions with the participating agencies, and interviews of persons who have personal knowledge of the events described herein.

## Affiant's Experience

5. Affiant has been a United States Postal Inspector for over eighteen years. During that time, Affiant has worked on numerous federal criminal investigations. Affiant has worked with other agents, police officers, and law enforcement personnel who have extensive criminal investigative experience and training.

6. Affiant was a police officer in the states of Arkansas and Oklahoma for over seven years. During that time, Affiant worked numerous violations of state and local laws and conducted investigations accordingly. Affiant has conducted investigations which involve theft and theft of stolen mail.

7. Through training and participation in criminal investigations, Affiant has become familiar with and has participated in the following methods of investigations, including, but not limited to, electronic surveillance, visual surveillance, questioning of witnesses, and the use of search warrants and undercover agents. In the course of such investigations, Affiant has made numerous arrests.

## Probable Cause

8. On or about June 25, 2021, the Affiant was made aware of a threatening letter received by the Sebastian County Circuit Court, which is located in the Western District of Arkansas, Fort Smith Division, and appears to have been sent by DAVID DANIEL DIERINGER III, using the U.S. Mail. The U.S. Postal Inspection Service began an investigation, which resulted in the following information:

   a. On or about June 25, 2021, Your Affiant was contacted by Deputy United States Marshal Chris Blevins (DUSM Blevins). DUSM Blevins stated a letter, sent through the U.S. Mail, was received at the Sebastian County District Court, which contained a threat to blow up the federal courthouse in Fayetteville, Arkansas, and the White House located in Washington, D.C. The letter also contains a threat to kill the reader.

   b. On or about June 25, 2021, Your Affiant received a photograph of the letter and envelope. Both are depicted below.



> Dear Circuit Court Juge
>
> My name is David Daniel Dieringer III (And) I have been sending letters to federal court House in Fayetville and to the white House saying 500 East mountin Rd Fayeville AR 72701 1600 Pannsylvainia Ave. N.W washington DC 20500. Sorry thow's are the Address. Back to the point I said I'm am going to blow up said Building. Can you pass it on Plz and Thank You IF you dont I'm going to Fucking Kill your Stupied Fugeing ASS'S (Sorry) For the laguing be for Real I'm Blow up the Court Hase in fortsmith (And) kill you for sir becoves I Have HIV Dume Stupied Speacial ed mother Fuger Haw ask The Federal Court House (And) The Whithe House at said Address so go Fuck yell self. I'm Dieringer made I'm out Your truly Mr. Dieringer III

  c.  On June 25, 2021, Your Affiant looked at the envelope, which contained the threat. The envelope confirms it was sent through the U.S. Mail because of the cancellation of

the stamp located in the upper right-hand corner of the envelope. This type of cancellation is placed on an envelope as it is processed at a U.S. Postal Service Processing and Distribution Center. The cancellation states, "NW ARKANSAS 727," and the date it was processed, "23 JUN 2021."

   d. On or about June 25, 2021, Your Affiant spoke to Sebastian County Deputy Sheriff, Lance Corporal Ashley Smith (Corporal Smith). Corporal Smith stated she is in possession of the letter and envelope. Corporal Smith said although the envelope is addressed to the "Circuit Court", the address on the envelope is for the Sebastian County District Court. Corporal Smith said she went to the District Court and took the envelope and letter as evidence. Corporal Smith said the return address on the letter belongs to a service the Sebastian County Detention Center uses for inmates to receive mail at their facility. The inmate mail, when received by the service, is scanned and the electronic version of the mail is sent to the inmates. Corporal Smith said the address is posted throughout the facility. Corporal Smith said the number under DAVID DANIEL DIERINGER III's name on the return address is his inmate number assigned by the Sebastian County Detention Center.

   e. Corporal Smith said DAVID DANIEL DIERINGER III sent an electronic message, through the jail kiosk, on June 21, 2021, at 11:24 p.m. The message is below:



f. On or about June 28, 2021, DUSM Isaac Rodriguez, U.S. Secret Service Special Agent Sam Becan, and Your Affiant interviewed DAVID DANIEL DIERINGER III at the Sebastian County Sheriff's Office. Prior to any specific questioning, DAVID DANIEL DIERINGER III was advised of his right to counsel per the *Miranda* decision. DAVID DANIEL DIERINGER III indicated he wanted to speak with the agents without counsel present.

g. During the interview, DAVID DANIEL DIERINGER III stated he authored the aforementioned letter and sent it in the envelope using the U.S. Mail to the Circuit Court Judge. DAVID DANIEL DIERINGER III stated he would blow up the White House and the federal courthouse in Fayetteville, Arkansas, if given the opportunity. DAVID DANIEL DIERINGER III said he would use a "pressure cooker" bomb to blow up the buildings. DAVID DANIEL DIERINGER III stated he would kill if someone did not pass along the letter stating he would blow up the buildings. DAVID DANIEL DIERINGER III stated he wanted to draw attention to waste water being dumped in the Arkansas River. DAVID DANIEL DIERINGER III stated he had previously been arrested for assaulting a police officer and unlawful discharge of a weapon.

Page **5** of **6**

## Conclusion

9. Based on the above-described investigation, the Affiant believes probable cause exists that DAVID DANIEL DIERINGER III violated Title 18, United States Code, Section 844(e), mailing a threatening communication. For the reasons set forth above, Affiant respectfully requests that the Court approve the application for Complaint and Arrest Warrant for DAVID DANIEL DIERINGER III.

Dated this 28th day of June, 2021.

David L. Barrett
United States Postal Inspector

Subscribed and sworn to before me on this 28th day of June, 2021, at __3:00__ a.m./p.m.

The Honorable Mark E. Ford
U.S. Magistrate Judge