UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                    CASE NO. 2:21-CR-20024-001

DAVID DANIEL DIERINGER, III                                                              DEFENDANT

## ORDER

The Court ADOPTS the report and recommendation (Doc. 25) entered in this case and accepts Defendant's plea of guilty to Counts 1 and 2 of the indictment. The Defendant is hereby adjudged GUILTY of the offense.

IT IS SO ORDERED this 30th day of September, 2021.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE